# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1881
Lower Tribunal No. 2024-DP-000013

_____

In the Interest of J.A.B., II, and B.J.B., children.

J.A.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

January 5, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and KAMOUTSAS, JJ., concur.


David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED